KENNEDY P. RICHARDSON, Cal. Bar No. 62516
MARK PALLEY, Cal. Bar No. 120073
MARION'S INN
1611 Telegraph Avenue, Suite 707
Oakland, California 94612-2145
Telephone: (510) 451-6770
Facsimile: (510) 451-1711

Attorneys for Defendant
Kaiser Foundation Health Plan, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON MUSSEN,<br><br>    Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, INC.,, et al.,<br><br>    Defendants. | No. C06-01000 MHP<br><br>STIPULATION FOR ORDER CONTINUING HEARING ON CROSS-MOTIONS RE STANDARD-OF-REVIEW MOTION AND CASE MANAGEMENT CONFERENCE<br><br>Hearing Date: Nov. 27, 2006 2:00 p.m.. |

    Plaintiff Sharon Mussen and defendant Kaiser Foundation Health Plan, Inc., through their counsel of record, stipulate that their cross-motions as to the standard of review in this ERISA-benefits case and the case management conference be continued from November 27, 2006, at 2:00 p.m., to December 18, 2006, at 2:00 p.m. At defendant's request, the Court continued the hearing from November 20 to November 27. Plaintiff is not available on November 27, and therefore requests that the hearing be rescheduled to that date.

Dated: November 21, 2006                      DUANE & SELTZER

                                                    By  /s/ Dick Duane

                                                            Dick Duane
                                          Attorneys for Plaintiff Sharon Mussen

Dated: November 21, 2006                      MARION'S INN

                                                   By /s/ Mark Palley

                                           Mark Palley
                                          Attorneys for Defendant Kaiser Foundation Health Plan, Inc.

STIP. TO CONTINUE CROSS-MOTIONS - C06-01000 MHP 1

1
2
3   **O R D E R**
4       Based on the stipulation of counsel, and good cause appearing, the Court CONTINUES
5   the parties' cross-motions on the standard of review and case management conference to
6   Monday, ~~December 18, 2006~~, at 2:00 p.m.
7        ~~January 22, 2006~~
         January 29, 2006
8                                                   _____
                                                    DISTRICT COURT JUDGE
9
10   Dated: 12/1/06

STIP. TO CONTINUE CROSS-MOTIONS - C06-01000 MHP   2