

RICHARD P. DUANE (SBN 37880)
DIANE STANTON (SBN 142196)
**DUANE & SELTZER, LLP**
2000 Center Street, Suite 300
Berkeley, CA 94704
Tel:    (510) 841-8575
Fax:    (510) 845-3016

Attorneys for Plaintiff SHARON MUSSEN

UNITED STATES COURT FOR THE NORTHERN DISTRICT

~~OF THE STATE~~ OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SHARON MUSSEN, | Case No.  C06-01000 MHP |
| | |
| Plaintiff, | STIPULATION TO CONTINUE HEARING; ~~[PROPOSED]~~ ORDER **MARCH 12, 2007** |
| vs. | Hearing Date: ~~February 5, 2007~~ |
| | Time: 2:00 p.m. |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION MEDICAL GROUP, INC.,  and DOES 1 to 10, inclusive, | Judge: The Honorable Marilyn Patel Crtrm. 15 |

_____/

        Whereas on Monday, January 29, 2007, counsel for the Plaintiff was informed that he may

be replaced by a new and separate counsel, and whereas the counsel for the Plaintiff has not been

able to get in touch with the potential new counsel in time to discuss the hearing scheduled for

Monday, February 5, 2007, and Plaintiff's counsel has asked defense counsel to  agree to a short

continuance of this hearing until the matter of whether new counsel is going to come into the case,

both counsel for the defendant and the plaintiff hereby agree to Stipulate to a Continuance of the

matter as long as it is not set between February 19 and February 26 or on the afternoon of March 1

or March 2.  **[MOTIONS HEARING AND CASE MANAGEMENT CONFERENCE
        RESET TO MARCH 12, 2007, 2:00 PM]**

IT IS SO STIPULATED,

DUANE & SELTZER, LLP

//s//

_____        _____
Dated                          RICHARD P. DUANE
                               Attorney for Plaintiff

MARION'S INN

//s//

_____        _____
Dated                          MARK PALLEY, ESQ.
                               Attorney for Defendant

Based on the findings of fact as set out in the STIPULATION TO CONTINUE HEARING

and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the request as

set out in the Stipulation to continue the hearing for the Cross Motion for Summary Judgment as to

Standard Review and the Case Management Conference currently set for February 5, 2007, in the

above-captioned matter, be continued to a later date is hereby GRANTED.

Dated:  ___2/2/07_____

_____
JUDGE OF THE ~~SUPERIOR~~ COURT
                    DISTRICT