1 RICHARD P. DUANE (SBN 37880)
DIANE STANTON (SBN 142196)
2 **DUANE & SELTZER, LLP**
2000 Center Street, Suite 300
3 Berkeley, CA 94704
Tel: (510) 841-8575
4 Fax: (510) 845-3016

5 Attorneys for Plaintiff SHARON MUSSEN

8 UNITED STATES COURT FOR THE NORTHERN DISTRICT

9 OF THE STATE OF CALIFORNIA

10 SAN FRANCISCO

13 SHARON MUSSEN,     Case No. C06-01000 MHP

14     Plaintiff,     STIPULATED DISMISSAL WITH PREJUDICE
and
15 vs.     (Proposed) ORDER

16 KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION MEDICAL
17 GROUP, INC., and DOES 1 to 10, inclusive,

18 _____/

19     WHEREAS, Plaintiff SHARON MUSSEN, is deceased, and her father and representative,

20 IRWIN MUSSEN is also deceased. The purpose of the litigation no longer exists.

21     WHEREAS, the parties mutually agree to dismiss the case with prejudice, with each side to

22 bear its own costs. Each side agrees to waive any claim against the other that may have arisen from

23 this litigation.

24     IT IS SO STIPULATED.

25                                                         DUANE & SELTZER, LLP

26                                                          //s//

27 _____     _____
Dated                                        RICHARD P. DUANE
28                                                       Attorney for Plaintiff

1
2  MARION'S INN
3  //s//
   _____      _____
4  Dated                    MARK PALLEY, ESQ.
                            Attorney for Defendant
5
6    Based on the Stipulation between the parties, IT IS HEREBY ORDERED:
7    This action is dismissed with prejudice. Each side to bear its own costs.
8    Each side to waive any claim against the other that may have arisen from this litigation.
9    SO ORDERED.
10
11   Dated: ____12/28/11_____    _____
12                               UNITED STATES DISTRICT COURT
                                 NORTHERN DISTRICT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**IT IS SO ORDERED**
Judge Edward M. Chen

_____
STIPULATION DISMISSAL WITH PREJUDICE
*MUSSEN V. KAISER*; US DISTRICT COURT CASE NO. C06-01000 MHP