1  RICHARD P. DUANE (SBN 37880)
   DIANE STANTON (SBN 142196)
2  **DUANE & SELTZER, LLP**
   2000 Center Street, Suite 300
3  Berkeley, CA 94704
   Tel:   (510) 841-8575
4  Fax:   (510) 845-3016

5  Attorneys for Plaintiff SHARON MUSSEN

8             UNITED STATES COURT FOR THE NORTHERN DISTRICT

9                         OF THE STATE OF CALIFORNIA

10                              SAN FRANCISCO

| | |
|---|---|
| SHARON MUSSEN, | Case No. C06-01000 MHP |
| Plaintiff, | STIPULATED DISMISSAL WITH PREJUDICE |
| vs. | and (Proposed) ORDER |
| KAISER FOUNDATION HEALTH PLAN, INC., KAISER FOUNDATION MEDICAL GROUP, INC., and DOES 1 to 10, inclusive, _____/ | |

   WHEREAS, Plaintiff SHARON MUSSEN, is deceased, and her father and representative, IRWIN MUSSEN is also deceased.  The purpose of the litigation no longer exists.

   WHEREAS, the parties mutually agree to dismiss the case with prejudice, with each side to bear its own costs.  Each side agrees to waive any claim against the other that may have arisen from this litigation.

   IT IS SO STIPULATED.

                                          DUANE & SELTZER, LLP

                                          //s//
   _____          _____
   Dated                            RICHARD P. DUANE
                                    Attorney for Plaintiff

_____
STIPULATION DISMISSAL WITH PREJUDICE
*MUSSEN V. KAISER*; US DISTRICT COURT CASE NO. C06-01000 MHP
-1-

| | |
|---|---|
| | MARION'S INN |
| | //s// |
| _____ | _____ |
| Dated | MARK PALLEY, ESQ. |
| | Attorney for Defendant |

Based on the Stipulation between the parties, IT IS HEREBY ORDERED:

This action is dismissed with prejudice.  Each side to bear its own costs.

Each side to waive any claim against the other that may have arisen from this litigation.

SO ORDERED.

Dated: __12/28/11_____    _____
                                                                                         SUPERIOR COURT
                                                                                         DISTRICT

*IT IS SO ORDERED*
*Judge Edward M. Chen*
*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

_____
STIPULATION DISMISSAL WITH PREJUDICE
*MUSSEN V. KAISER*; US DISTRICT COURT CASE NO. C06-01000 MHP